NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MANUEL LOSADA,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

_____

2014-3047

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-10-0800-M-1.

_____

**ON MOTION**

_____

**O R D E R**

Manuel Losada submits his informal brief out of time, which the court treats as a motion to file his informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                LOSADA v. DEFENSE


    The motion is granted.  The Department of Defense should calculate its brief due date from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21